█ LEONARD E. GOLDITCH, Respondent, v. LEONA FRANCIS, Appellant.— Appeal by defendant from so much of an order of the County Court, Putnam County, dated November 22, 1960, as denies her cross motion to dismiss plaintiff's complaint and to strike the action from the Trial Calendar by reason of plaintiff's refusal to answer any questions upon his examination before trial. Order insofar as appealed from reversed, without costs, cross motion granted, complaint dismissed and action struck from the Trial Calendar, unless plaintiff shall submit to his examination before trial by the defendant pursuant to the notice of examination heretofore served by her upon him; such examination to proceed on 20 days' written notice given by defendant to plaintiff after the entry of the order hereon, or on any other date mutually fixed by written stipulation of the parties. Defendant was entitled to examine plaintiff in accordance with her notice by reason of plaintiff's failure to move to vacate or modify the notice (*Kohn* v. *Rockaway Crest Section No. 1,* 4 A D 2d 877). Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

█ In the Matter of DEBS MEMORIAL RADIO FUND, INC., Respondent, v. TAX COMMISSION OF THE CITY OF NEW YORK et al., Appellants.— In a consolidated proceeding to review real estate tax assessments for the tax years 1955–1956 through 1959–1960 on a tract of land bordering Newtown and Maspeth Creeks in Queens County, upon which the petitioner, in 1941, had erected two steel radio towers and a one-story radio transmitter station, the Tax Commission appeals from so much of a final order of the Supreme Court, Queens County, dated January 26, 1960, as reduces the assessments for the tax years 1956–1957 through 1959–1960. Order, insofar as appealed from, affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.